UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

Anthony Ortiz

                                 Defendant(s).

21 cr 717 (JMF)

-------------------------------------------------------------X

Defendant ___Ortiz___ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

____ Conference Before a Judicial Officer

s/Anthony Ortiz/OTW
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Anthony Ortiz
Print Defendant's Name

[signature]
Defendant's Counsel's Signature

BA Seidller
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

Jan 25, 2022
Date

[signature]
Ona T. Wang
United States Magistrate Judge