LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

November 1, 2022

Hon. Jesse M. Furman
United States District Judge
United States Courthosue
40 Centre Street
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to January 26, 2023, at 2:30 p.m.. The Clerk of Court is directed to terminate Doc. #36. SO ORDERED.
>
> November 1, 2022

Re: USA v. Anthony Ortiz, #21 cr 717(JMF)

Dear Judge Furman;

With the consent of the Government by AUSA Dell, I write to request a change in scheduling to permit Ortiz to file his PSR objections to 12-1-2022. I am still in the process of obtaining sentencing related materials from inside, and outside the USA.

Thank you.

Respectfully,

B. Alan Seidler

bas/ee