LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

January 5, 2023

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Re: USA v. Anthony Ortiz, #21 cr 717(JMF)

Dear Judge Furman;

As part of sentencing I request the attached Ortiz medical records be filed Under Seal.

Thank you.

Respectfully,

B. Alan Seidler

bas/ee

Counsel is reminded that the Court's rules do not permit sealed filings on ECF in criminal cases.  That is, by filing the attachment on ECF, counsel made it available to the public.  Going forward, counsel should consult the Court's Individual Rules and Practices for Criminal Cases and S.D.N.Y.'s ECF Rules and Instructions when filing documents with a request that they be sealed.  In any event, the application is GRANTED.  The Clerk of Court is directed to convert ECF No. 39 to be Court-view only and to maintain the attachment (ECF No. 39-1) under seal.  The Clerk of Court is also directed to terminate ECF No. 39.

SO ORDERED.

January 6, 2023