LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

May 10, 2023

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 52.

SO ORDERED.

*[signature]*

May 11, 2023

Hon. Jesse M. Furman
United States District Judge
United States Courthosue
40 Centre Street
New York, NY 10007

Re: USA v. Anthony Ortiz, #21 cr 717(JMF)

Dear Judge Furman;

By this letter motion Ortiz moves for a waiver of the $505 Notice of Appeal filing fee. Ortiz filed his Notice of Appeal on 3-16-2023 [Dkt # 48].
Thereafter, Ortiz filed his Financial Affidavit in support of Indigency status [Dkt #49].
By an Order of today the Court of Appeals requires Ortiz to first move in the District Court for in forma pauperis status so he will not be required to pay the Notice of Appeal docketing fee.

Thank you.

Respectfully,

*[signature]*

B. Alan Seidler

bas/ee