UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
-v-                                                                     :   21-CR-717-1 (JMF)
:              ORDER
ANTHONY ORTIZ,                                                          :
:
Defendant.                                                  :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received a request from defense counsel for a copy of the Statement of Reasons filed in connection with the judgment pursuant to Title 18, United States Code, Section 3553(c)(2) and Title 28, United States Code, Section 994(w)(1)(B), presumably for use in connection with the defendant's appeal.  The Court has, today, sent a copy of the Statement of Reasons to defense counsel and counsel for the Government. The Statement of Reasons otherwise remains under seal in accordance with law.

       SO ORDERED.

Dated: August 16, 2023
       New York, New York

                                                   JESSE M. FURMAN
                                              United States District Judge